CATHERINE BUTLER, as Administratrix of the Estate of CHARLES BUTLER, Deceased, Appellant, *v.* KENNY BROS., INC., Appellant, and TAYLOR-FICHTER STEEL CONSTRUCTION CO., INC., Respondent, Impleaded with Another.

(Argued October 7, 1932; decided October 25, 1932.)

*Frank W. Holmes, Alfred T. Tompkins* and *Alexander Kerner* for Kenny Bros., Inc., defendant-appellant.

*Grant C. Fox* and *Edward D. Loughman* for plaintiff-appellant.

*Charles Capron Marsh* and *Rolph Thayer Marsh* for respondent.

On appeal by Kenny Bros., Inc.: Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. On appeal by plaintiff: Judgment affirmed, with costs. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.